# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-649-960**

Effective date of registration:

July 28, 2012

## Title

- **Title of Work:** Trade of Innocents
- **Previous or Alternative Title:** The Bicycle Peddler
- **Nature of Work:** Movie

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** The Bicycle Peddler, LLC
- **Author Created:** Movie
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** The Bicycle Peddler, LLC
  4650 W. Hanolerian Way, Littleton, CO, 80128

## Limitation of copyright claim

- **Previously registered:** No

## Certification

- **Name:** Dave Ross
- **Date:** July 28, 2012

- **Correspondence:** Yes

Page 1 of 1

# EXHIBIT B

| No. | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | city |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 162.97.176.150 | 2D5554333133302DBF6A3604BD8EB98B0B15A065 | µTorrent 3.1.3 | 12/19/2012 03:20:08 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Level 3 Communications | Illinois | Chicago |
| 2 | 98.222.42.197 | 2D5554333233302D217046A42A381260736CA87C | µTorrent 3.2.3 | 12/19/2012 03:05:43 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 3 | 98.206.116.254 | 2D4243303133322DB4989DAF8C6D513C2326E871 | BitComet 1.32 | 12/18/2012 06:17:46 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Harvey |
| 4 | 209.102.161.17 | 2D415A343830302D726B3172314461334B434143 | Vuze 4.8.0.0 | 12/18/2012 10:20:42 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Mebtel Communications Abovenet | Illinois | Dixon |
| 5 | 64.124.14.226 | 2D5554333232302DB36F78AE0241F0F185D2F96D | µTorrent 3.2.2 | 12/18/2012 08:24:10 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Chicago |
| 6 | 75.150.251.26 | 2D415A343831302D766D597859556B4E76677548 | Vuze 4.8.1.0 | 12/17/2012 07:59:25 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Highland Park |
| 7 | 98.213.66.34 | 2D5554333130302DCD67900D62F439F5AC146F6D | µTorrent 3.1.0 | 12/17/2012 05:30:07 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Dixon |
| 8 | 67.162.27.208 | 2D5554333233302D2170ADF8DD6B35D2FE4B40D5 | µTorrent 3.2.3 | 12/17/2012 02:07:35 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 9 | 76.16.157.233 | 2D4241333330302D49708F134A3DBBBA63AC8310 | -BA3300- | 12/17/2012 01:55:34 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Lansing |
| 10 | 98.206.193.239 | 2D415A343830302D4C6166676F55747675725265 | Vuze 4.8.0.0 | 12/17/2012 12:29:47 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Lake Villa |
| 11 | 71.239.104.111 | 2D415A343830302D594838364949696F427A6E37 | Vuze 4.8.0.0 | 12/16/2012 12:09:44 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Orland Park |
| 12 | 67.173.93.236 | 2D415A343830302D7578444946637425147425954 | Vuze 4.8.0.0 | 12/16/2012 04:44:06 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Barrington |
| 13 | 67.176.219.15 | 2D5554333233302D21706B4F17774C47AD995039 | µTorrent 3.2.3 | 12/16/2012 03:38:05 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Brookfield |
| 14 | 67.162.45.54 | 2D5554333233302D2170F8BE47AD17EF4F84EA86 | µTorrent 3.2.3 | 12/16/2012 02:44:35 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Gurnee |
| 15 | 74.199.35.179 | 2D415A343830302D5973657467325A36714B3933 | Vuze 4.8.0.0 | 12/16/2012 12:42:16 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Rolling Meadows |
| 16 | 67.165.177.96 | 2D415A343830302D44527872445A67354E356D73 | Vuze 4.8.0.0 | 12/15/2012 10:20:14 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 17 | 67.175.87.52 | 2D5554333030302D69675B924A0351B5573E2588 | µTorrent 3.0.0 | 12/15/2012 08:22:53 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Hinsdale |
| 18 | 24.1.221.17 | 2D415A343830302D754333594A4631433652577A | Vuze 4.8.0.0 | 12/15/2012 05:57:57 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rolling Meadows |
| 19 | 69.245.247.132 | 2D4C54304630302D31627277647A2838472D696F | libtorrent (Rasterbar) 0.15.0 | 12/15/2012 03:19:24 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 20 | 71.201.113.129 | 2D415A343830302D65575332753654455271755A | Vuze 4.8.0.0 | 12/15/2012 02:35:08 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Woodstock |
| 21 | 67.175.142.5 | 4D372D362D312D2DC06A012DC603DF072703128A | BitTorrent 7.6.1 | 12/15/2012 02:23:31 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Gurnee |
| 22 | 50.141.173.71 | 2D4243303133342D878598AB3F065AD3BCFB7F9C | BitComet 1.34 | 12/15/2012 11:38:05 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 23 | 69.245.247.132 | 2D5452323531302D617439793961756D7A747139 | Transmission 2.51 | 12/15/2012 05:11:16 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 24 | 68.58.61.171 | 2D4445323231302D5764544D3669584A5F61646C | Deluge 2.2.1.0 | 12/15/2012 12:40:02 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Carol Stream |
| 25 | 98.213.72.218 | 2D5554333132302D956827FDB09C08B850D6540C | µTorrent 3.1.2 | 12/14/2012 11:01:08 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Dixon |
| 26 | 67.175.133.30 | 2D415A343732302D4D4859547A66736F65476C42 | Vuze 4.7.2.0 | 12/14/2012 08:05:01 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 27 | 75.150.251.26 | 2D415A343830302D466379534B6665415A346538 | Vuze 4.8.0.0 | 12/14/2012 07:18:16 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Highland Park |
| 28 | 98.212.123.108 | 4D372D372D302D2D536D1A803AF579EBA1226951 | BitTorrent 7.7.0 | 12/14/2012 05:44:14 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 29 | 67.175.140.86 | 2D415A343830312D4D724B66696A4A584A63315952 | Vuze 4.8.0.1 | 12/14/2012 03:39:01 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Gurnee |
| 30 | 64.53.175.51 | 4D372D372D302D2D536D16484B7086385AA07AC3 | BitTorrent 7.7.0 | 12/14/2012 10:19:11 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Chicago |
| 31 | 64.53.152.205 | 4D372D372D302D2D536DB30F7D2DCCD84F36CF02 | BitTorrent 7.7.0 | 12/14/2012 08:54:55 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Chicago |
| 32 | 67.175.226.182 | 2D5452323733302D6631386F6532387136367732 | Transmission 2.73 | 12/14/2012 05:13:12 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Libertyville |
| 33 | 24.12.168.175 | 2D415A343830302D555642556577634B6C657752 | Vuze 4.8.0.0 | 12/14/2012 03:51:06 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Orland Park |
| 34 | 68.58.4.16 | 2D415A343830302D496B5A744C364F6C64507131 | Vuze 4.8.0.0 | 12/13/2012 11:01:07 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 35 | 67.176.143.130 | 2D5554333133302D476A570302C9D944FBA3FCCC | µTorrent 3.1.3 | 12/13/2012 10:34:41 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Bolingbrook |

| # | IP Address | Hash | Client | Hit Date UTC | Title | File Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 98.253.49.2 | 2D415A343830302D555572454C7934576B356B72 | Vuze 4.8.0.0 | 06:49:13 PM 12/13/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Sterling |
| 37 | 24.15.33.147 | 2D5554333233302D21706470891760020644SAD5 | µTorrent 3.2.3 | 11:22:04 AM 12/13/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Orland Park |
| 38 | 67.174.25.13 | 4D372D372D302D2D536D326B07D6B85809BF90AB | BitTorrent 7.7.0 | 10:02:20 AM 12/13/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Bloomingdale |
| 39 | 50.141.184.197 | 2D415A343830302D53503665787648317A65444A | Vuze 4.8.0.0 | 05:38:09 AM 12/12/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Vernon Hills |
| 40 | 50.77.146.254 | 4D372D372D322D2D536F7E280F59D6C916F7EB94 | BitTorrent 7.7.2 | 11:52:19 PM 12/12/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Niles |
| 41 | 98.223.145.90 | 2D5554333233302D2170CFE849E9A4930DA38FBA | µTorrent 3.2.3 | 11:09:31 PM 12/12/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 42 | 98.226.236.22 | 2D415A343730322D36373050355A6D6747706E67 | Vuze 4.7.0.2 | 10:02:15 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 43 | 71.201.219.21 | 2D5554333230302D3C6C7B6ACB55499390CD4130 | µTorrent 3.2.0 | 05:19:12 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 44 | 67.162.27.208 | 2D5554333232302DB36F28943B79612B1D62CE8B | µTorrent 3.2.2 | 05:15:45 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 45 | 50.129.28.250 | 2D5554333232302DB36F3C549A8983188BA96E67 | µTorrent 3.2.2 | 05:08:27 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Skokie |
| 46 | 98.227.226.179 | 4D372D362D312D2DC06AAF501CFA1C54D55CC470 | BitTorrent 7.6.1 | 05:05:50 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Berwyn |
| 47 | 67.162.17.175 | 2D5554333232302D546F67BFCE796F80D7FCB446 | µTorrent 3.2.2 | 05:07:29 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rock Falls |
| 48 | 98.214.109.217 | 2D4C54304630302D3543324A4753556162546F53 | µTorrent 3.2.2 libtorrent (Rasterbar) 0.15.0 | 05:08:04 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 49 | 98.213.189.240 | 4D372D372D302D2D536D927B73205B7903A6A1D5 | BitTorrent 7.7.0 | 05:05:32 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 50 | 24.15.171.198 | 2D554D31353134304B68A71D67A7F061E9F82774 | -UM15140 | 05:02:20 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Woodridge |
| 51 | 98.226.224.58 | 2D5554333232302DB36F174ED5B975E8363D8649 | µTorrent 3.2.2 | 04:59:28 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 52 | 67.167.247.176 | 2D554D313830302D9F6FDFD4C71A0393361F1448 | µTorrent Mac 1.8.0 | 04:59:02 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Warrenville |
| 53 | 24.13.64.9 | 2D5554333133302D6A6BE27CD0C8ECB9FCA7BFC3 | µTorrent 3.1.3 | 04:19:11 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Park Ridge |
| 54 | 71.228.37.49 | 2D415A343830302D66523577385A644169514C4B | Vuze 4.8.0.0 | 04:16:13 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Willowbrook |
| 55 | 24.14.226.50 | 4D372D362D312D2D486A68385B8F4B9BF2F318B0 | BitTorrent 7.6.1 | 04:16:59 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | New Lenox |
| 56 | 98.223.93.94 | 2D5554333230302DEE6C5DF801B7CBCAA05582B3 | µTorrent 3.2.0 | 04:06:56 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 57 | 71.239.57.104 | 2D5554333230302DEE6C3E35680A7033A6F2A365 | µTorrent 3.2.0 | 03:59:49 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 58 | 67.167.29.228 | 2D5554333133302DBF6A09FCAFC5BFC4D1DB4F6D | µTorrent 3.1.3 | 03:56:15 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Palos Hills |
| 59 | 24.1.70.48 | 4D372D372D302D2D536DF728FA8EF69999988BE94 | BitTorrent 7.7.0 | 03:48:56 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Itasca |
| 60 | 67.173.133.242 | 2D415A343830302D39714A354F43344733304836 | Vuze 4.8.0.0 | 03:47:49 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 61 | 98.227.154.73 | 2D4C54304630302D2D62463955766B6B43444E65 | libtorrent (Rasterbar) 0.15.0 | 03:39:34 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 62 | 76.16.91.249 | 4D372D362D312D2D556A777AA1EB612CAA0168F1 | BitTorrent 7.6.1 | 03:30:43 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Lake Bluff |
| 63 | 98.212.213.179 | 2D415A343830302D3233586277686C30307A6C68 | Vuze 4.8.0.0 | 03:26:34 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Waukegan |
| 64 | 98.212.226.117 | 2D4243303133342D83539C41C419EBB589A10C65 | BitComet 1.34 | 02:46:50 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 65 | 98.213.249.197 | 2D5554333133302D476A6D5D4B688A0279B913EA | µTorrent 3.1.3 | 02:42:04 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 66 | 71.239.253.147 | 2D415A343830302D39734F6B796F434A4D45536E | Vuze 4.8.0.0 | 02:40:48 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 67 | 98.226.172.245 | 2D5554333231302DB66D89D770A173F0D2F5B3CD | µTorrent 3.2.1 | 02:16:10 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 68 | 98.226.231.108 | 2D5554333133302D6A6BA3D37E45C8DA7AA4F619 | µTorrent 3.1.3 | 01:56:44 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 69 | 98.226.212.131 | 4D372D362D302D2DFA6768E2FC85DC6AFF48980F | BitTorrent 7.6.0 | 01:53:55 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 70 | 67.184.139.64 | 4D372D362D312D2D896983E791D304FC1A4F42127 | BitTorrent 7.6.1 | 01:32:54 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Aurora |
| 71 | 67.184.182.245 | 2D5554333231302DB66D49ACC8E1075B8457E0F3 | µTorrent 3.2.1 | 01:00:56 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |

| # | IP | Hash | Client | Time | Title | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 67.173.138.2 | 2D5554333133302D6A6B7053FE2F7CD9115BD9AA | µTorrent 3.1.3 | 12:59:39 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elgin |
| 73 | 50.148.15.98 | 2D5554333232302DB36FB69F9B2AAA0DD099E4D0 | µTorrent 3.2.2 | 12:10:26 PM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 74 | 67.167.114.150 | 2D5554323034302D865667792BCEE24B5E8BE542 | µTorrent 2.0.4 | 11:37:27 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Glen Ellyn |
| 75 | 67.175.132.20 | 4D372D372D322D2D536FF71D492B6E502BE15116 | BitTorrent 7.7.2 | 11:32:31 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 76 | 67.165.154.171 | 2D4445323131302D5A3454725070687E2D756576 | Deluge 2.1.1.0 | 11:29:51 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 77 | 71.201.81.70 | 4D372D332D352D2DEC6B88DE1B2DC12794112974 | BitTorrent 7.3.5 | 11:07:16 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Wheeling |
| 78 | 69.245.186.135 | 2D5554313832302D7A383D692338FBCF69F5F5EB | µTorrent 1.8.2 | 10:52:37 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 79 | 50.129.15.129 | 2D5554333232302D836F6FFDFAE8937A5E775AFF | µTorrent 3.2.2 | 09:58:37 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 80 | 67.165.180.51 | 2D5554333133302D4D6ACB2FE3DE0A693B3486F6 | µTorrent 3.1.3 | 09:54:27 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 81 | 67.186.80.213 | 2D5554333230302D3C6C133EB7F01720EC5FD114 | µTorrent 3.2.0 | 08:51:35 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Berwyn |
| 82 | 24.1.200.10 | 2D415A343830302D34756D4D53574C644D316138 | Vuze 4.8.0.0 | 08:19:45 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rolling Meadows |
| 83 | 76.16.162.37 | 2D415A343830302D545242526D69694375315962 | Vuze 4.8.0.0 | 08:15:29 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Franklin Park |
| 84 | 24.1.1.123 | 2D5554333133302D476AF69CF4EFB175DE1A1E71 | µTorrent 3.1.3 | 07:27:43 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 85 | 69.47.108.250 | 2D5554333030302DCE647619E32C91AFE778F372 | µTorrent 3.0.0 | 07:10:46 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Chicago |
| 86 | 98.206.221.56 | 2D5554333133302D476A5C8088C0F43C5C96AF8A | µTorrent 3.1.3 | 07:05:59 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Waukegan |
| 87 | 69.246.210.202 | 2D5554333231302DB66D433D60C6743CE9DACB03 | µTorrent 3.2.1 | 07:00:55 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Grayslake |
| 88 | 67.184.136.201 | 2D5554333230302DF46B3DF3C647163AC731E360 | µTorrent 3.2.0 | 06:45:26 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Aurora |
| 89 | 68.54.223.114 | 2D415A343830302D7A6231794C63346859486662 | Vuze 4.8.0.0 | 06:49:42 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 90 | 74.199.43.61 | 2D4243303132392D03A4E5ABE9EA695A6EEDEC6B | BitComet 1.29 | 06:35:02 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Des Plaines |
| 91 | 67.165.180.128 | 2D5452323131302D3679656F3073376B63657572 | Transmission 2.11 | 06:21:10 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 92 | 68.57.232.195 | 2D554D31353134304B6818298C9D8EA4240EEF6C | -UM15140 | 06:08:30 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 93 | 71.194.62.4 | 2D5554333231302DB66D2B982EF6CA82A76E83A2 | µTorrent 3.2.1 | 06:08:38 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elgin |
| 94 | 64.53.157.23 | 4D372D372D302D2D536D8D633F60833E0F1FCA38 | BitTorrent 7.7.0 | 05:56:50 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Chicago |
| 95 | 98.214.109.111 | 2D5554333232302D546FAC1283CC866CBA4D137D | µTorrent 3.2.2 | 05:48:34 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 96 | 98.213.131.170 | 2D5554333232302DB36F62B36CE2269A4CA5324E | µTorrent 3.2.2 | 05:31:58 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 97 | 98.227.113.238 | 2D5554323034302DB25793CA4E85902941A87030 | µTorrent 2.0.4 | 05:28:44 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Joliet |
| 98 | 76.16.215.240 | 2D5554333232302D546FC247966093139CA0FAC8 | µTorrent 3.2.2 | 05:22:24 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 99 | 64.53.229.235 | 2D5554333133302D476A0264D53C1A5D929B0C31 | µTorrent 3.1.3 | 05:07:19 AM 12/02/2012 | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Glen Ellyn |