**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE BICYCLE PEDDLER, LLC, | ) | |
| | ) | Case No.: 13-cv-2375 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| v. | ) | |
| | ) | |
| DOES 1-99 | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT NO. 99

Plaintiff, The Bicycle Peddler, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 64.53.229.235 (Doe No. 99). Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: October 25, 2013      THE BICYCLE PEDDLER, LLC

By:    s/Michael A. Hierl
       Michael A. Hierl (Bar No. 3128021)
       Todd S. Parkhurst (Bar No. 2145456)
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       (312) 580-1994 Facsimile
       mhierl@hsplegal.com
       Attorneys for Plaintiff
       The Bicycle Peddler, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Doe Defendant No. 99 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 25, 2013.

s/Michael A. Hierl